No. 6602.—MUDAFOR, apldo., *v.* PIZARRO, aplte.—C. D. San Juan. Febrero 14, 1934.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

POR CUANTO, interpuesta apelación contra la sentencia dictada en este caso el 4 de octubre de 1933, la parte apelante fué solicitando prórrogas para preparar la transcripción dejando fenecer la última en 30 de diciembre de 1933 sin que la radicara, motivo por el cual la parte apelada instó la desestimación del recurso por moción que notificó a la parte contraria y cuya vista se celebró el 12 de febrero actual sin asistencia de las partes;

POR TANTO, habiendo transcurrido con exceso el término de ley para la radicación de los autos en la Secretaría de esta Corte sin que lo hayan sido, debe desestimarse y se desestima, por abandono, el recurso de apelación interpuesto.

No. 6276.—SOTOMAYOR, aplte., *v.* CORTE MUNICIPAL, USERA, JUEZ, apldo. y BAUZÁ, Interventor y apldo.—C. D. Ponce. Marzo 14, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Aldrey.)

POR CUANTO, radicados en este tribunal el 4 de febrero de 1933 los autos para esta apelación, el recurrente dejó de hacer gestión en ella desde el 14 de mayo de 1933, en cuya fecha venció una prórroga que le habíamos concedido para presentar su alegato;

POR CUANTO, en vista de los anteriores hechos ordenamos en febrero 9, 1934, la citación del apelante para que compareciera a mostrar causa, si alguna tenía, para que no se desestime su apelación y compareció el apelante por escrito solicitando que le permitamos presentar su alegato y le concedamos un término con tal fin;

POR CUANTO, las razones que para la anterior petición expone el apelante no son satisfactorias;

POR TANTO, no ha lugar a conceder término para la presentación del alegato del apelante y se desestima, por abandono, la apelación que interpuso contra la sentencia de 3 de diciembre de 1932 dictada por la Corte de Distrito de Ponce.